1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TONY CAMPBELL,

11            Plaintiff,              No. CIV S-04-2716 LKK GGH P

12      vs.

13   G. WOODFORD, et al.,

14            Defendants.            ORDER

15   _____/

16            On June 16, 2005, the court recommended that this action be dismissed for

17   plaintiff's failure to file an amended complaint as required by the order filed April 8, 2005.  On

18   June 29, 2005, plaintiff filed objections.  Good cause appearing, IT IS HEREBY ORDERED

19   that:

20            1.  The June 16, 2005, findings and recommendations are vacated;

21            2.  Plaintiff is granted thirty days from the date of this order to file an amended

22   complaint; failure to comply with this order will result in a recommendation of dismissal of this

23   action.

24   DATED:   7/12/05

                                      /s/ Gregory G. Hollows
25                                    _____
                                      GREGORY G. HOLLOWS
26   camp2716.vac                     UNITED STATES MAGISTRATE JUDGE

                                      1