1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TONY MARQUET CAMPBELL,

11          Plaintiff,                    No. CIV S-04-2716 LKK GGH P

12       vs.

13   J. WOODFORD,

14          Defendant.                    ORDER

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19          On October 5, 2005, the magistrate judge filed findings and recommendations

20   herein which were served on plaintiff and which contained notice to plaintiff that any objections

21   to the findings and recommendations were to be filed within twenty days.  Plaintiff has filed

22   objections to the findings and recommendations.

23          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

24   304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

25   file, the court finds the findings and recommendations to be supported by the record and by

26   proper analysis.

1          Accordingly, IT IS HEREBY ORDERED that:

2          1.  The findings and recommendations filed October 5, 2005, are adopted in full;

3  and

4          2.  This action is dismissed for failure to state a claim upon which relief may be

5  granted.

6  DATED:  January 12, 2006.

7

8                    /s/Lawrence K. Karlton
                         UNITED STATES DISTRICT JUDGE

9  /camp2716.804(1)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26