UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Sacramento)



FILED

MAR 3 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORN"

| TONY CAMPBELL, | No. 06-15193 |
| --- | --- |
| Plaintiff - Appellant, | D.C. No. CV-04-02716-LKK |
| v. | |
| G. WOODFORD; et al., | ORDER |
| Defendants - Appellees. | |

This appeal has been taken in good faith  [ ]

This appeal is not taken in good faith  [X]

Explanation: _Failure to follow instructions._

_____

_____

_____

GREGORY G. HOLLOWS
Judge
United States District Court

Date: March 30, 2006